**Marlon RITCHIE and Mark Cann, partners, doing business as Ritchie Coal Company, Appellants,**

v.

**R. N. CORNETT, Appellee.**

Court of Appeals of Kentucky.

Oct. 15, 1954.

Napier & Napier, Hazard, for appellants.

Alva A. Hollon, Hazard, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment for $200 in favor of the plaintiff who sought damages for the injury to his real estate allegedly caused by the negligence of the defendants in the operation of a coal loading ramp. The issues were properly submitted to the jury, and we find that the evidence supported the verdict.

The motion for appeal is overruled and the judgment stands affirmed.